JULY 24, 1956

**Reap. Dec. 8627.—**

Albert Mottola, an individual doing business under the name and style of Atlas Shipping Co. v. United States. Entered at New York, N. Y. Reap. Dec. 8586. Motion by defendant.

AUGUST 2, 1956

**Reap. Dec. 8628.—**

—Baar & Beards, Inc. v. United States. Entered at New York. Reap. Dec. 8588. Motions by plaintiff and defendant.